IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 09-cv-01679-RPM

CCC Group, Inc.,
a Texas Corporation,

       Plaintiff,

v.

Martin Engineering Company,
an Illinois Corporation,

       Defendant.

---

ORDER GRANTING MOTION TO QUASH DEPOSITION SUBPOENA

---

       In Civil Action Number 05-cv-00086-RPM, the trial of Defendant Martin Engineering Company's counterclaim of inequitable conduct is scheduled to commence on September 1, 2009.  L. Alan Weakly, one of the named inventors of the '171 Patent, testified on behalf of the Plaintiff during the trial of the infringement claims, and Martin intends to examine Weakly at the trial in September.  Weakly resides in Wyoming, outside the boundaries of this Court's subpoena power.  At a motions hearing held on June 4, 2009, counsel for CCC Group stated that he could not guarantee Weakly's attendance at the trial of the inequitable conduct counterclaim.  At the hearing it was discussed and agreed that Martin could depose Weakly in Wyoming for the purpose of preserving his trial testimony.

       Martin then issued a deposition subpoena to Weakly, setting the deposition for July 8, 2009.  On June 24, 2009, CCC Group and Weakly commenced an action in the United States

District Court for the District of Wyoming, seeking to quash the deposition subpoena. On July 14, 2009, the matter was transferred to this court, pursuant to an order of the Wyoming Court.

CCC Group and Weakly argue that the deposition is unnecessary, asserting that Weakly will be present at the trial in September. They have submitted Weakly's declaration stating that he intends to testify. CCC Group and Weakly point out that Weakly has been deposed twice and that he testified during the earlier phase of the trial. They argue that it would be unduly burdensome to subject Weakly to another deposition.

Martin argues that the deposition is necessary because CCC Group has previously represented that it cannot guarantee that Weakly will attend the trial in September. Martin contends that it cannot rely on CCC Group's present representation that Weakly will be present at trial.

Weakly's declaration is accepted as a consent to the jurisdiction of this Court to order him to attend and present live testimony at the trial scheduled to begin on September 1, 2009.

Accordingly, it is

ORDERED that CCC Group, Inc.'s and L. Alan Weakly's motion to quash subpoena and for protective order is granted, and it is

FURTHER ORDERED that CCC Group's and Weakly's request for attorneys' fees and costs is denied.

Dated: July 20, 2009

BY THE COURT:

s/Richard P. Matsch

_____
Richard P. Matsch, Senior District Judge